# STORMFRONT, INC.
## 3600 FALLS ROAD
## BALTIMORE, MARYLAND 21211
## (410) 467-2751

05 90412

December 14, 2005

To whom it may concern:

This is to verify that George Chilcoat is an independent contractor for us earning $300.00 per week as a driver/helper. If you have any other questions please do not hesitate to contact us.

Very truly yours,

Nick Mandilaris, President