

E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                            *
GEORGE CHILCOAT, JR.                              *       Case No.  05-90412-SD

                                                  *             (Chapter 13)

        Debtor(s)                                 *

*       *       *       *       *       *       *

ORDER TO PAY DEBTOR'S EARNINGS TO TRUSTEE

       The Court finding that the Chapter 13 plan filed by the Debtor(s) named above has been confirmed and that, pursuant to 11 U.S.C. §1325(c), the Court may order any entity from whom the debtor receives income to pay a part of the income to the Trustee, and it appearing that the Debtor,  GEORGE CHILCOAT, JR.                                        , SSN# XXX-XX-2165      receives income from:

STORMFRONT INC.
ATTN: GARNISHMENT DEPT.
3600 FALLS ROAD
BALTIMORE, MD 21211

NOW, THEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the named Payor is directed to deduct from the earnings of the Debtor the sum of $ 350.00  each calendar month, beginning with the first pay period next succeeding the Payor's receipt of this Order, and to pay the amount deducted, within 15 days of the close of each calendar month, to Ellen W. Cosby, Trustee, P.O. Box 1838, Memphis, TN  38101-1838** (410-825-5923), and it is further

ORDERED, that the Payor shall notify the Trustee if the Debtor's entitlement to income payments from the Payor shall terminate.

cc:    Ellen Cosby, Trustee, P.O. Box 20016, Baltimore, MD  21284-0016
       Debtor(s)
       Attorney for Debtor(s)
       Payor [Type Name & address of payor!]

**END OF ORDER**